| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-12509-PMM

CHRISTINE ANN TRESSLER
9 DEPOT LANE
MERTZTOWN  PA   19539

Petition Filed Date: 04/07/2017
341 Hearing Date: 06/13/2017
Confirmation Date: 01/25/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $491.00 | | 02/08/2019 | $491.00 | | 03/08/2019 | $491.00 | |
| 04/09/2019 | $491.00 | | 05/10/2019 | $491.00 | | 06/10/2019 | $491.00 | |
| 07/08/2019 | $491.00 | | 08/08/2019 | $491.00 | | 09/09/2019 | $491.00 | |
| 10/07/2019 | $491.00 | 6231946000 | 11/12/2019 | $491.00 | 6318942000 | 12/09/2019 | $491.00 | 6388387000 |
| 01/08/2020 | $491.00 | 6459186000 | 02/10/2020 | $491.00 | 6546413000 | 03/09/2020 | $491.00 | 6620210000 |
| 04/08/2020 | $491.00 | 6695950000 | 05/08/2020 | $491.00 | 6772678000 | 06/11/2020 | $491.00 | 6847158000 |
| 07/08/2020 | $491.00 | 6918003000 | 08/10/2020 | $491.00 | 6998958000 | | | |

**Total Receipts for the Period: $9,820.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,471.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | CREDIT FIRST NA<br>»» 003 | Unsecured Creditors | $585.00 | $0.00 | $585.00 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $2,605.90 | $0.00 | $2,605.90 |
| 6 | PHFA-HEMAP<br>»» 006 | Mortgage Arrears | $1,810.72 | $0.00 | $1,810.72 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $5,621.27 | $0.00 | $5,621.27 |
| 1 | VISIONS FCU<br>»» 001 | Secured Creditors | $20,009.23 | $12,863.67 | $7,145.56 |
| 5 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 005 | Attorney Fees | $2,200.00 | $2,200.00 | $0.00 |

**Chapter 13 Case No. 17-12509-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,471.00 | Current Monthly Payment: | $610.00 |
| Paid to Claims: | $15,063.67 | Arrearages: | $119.00 |
| Paid to Trustee: | $1,523.53 | Total Plan Base: | $29,790.00 |
| Funds on Hand: | $883.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.