| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-12509-PMM**

CHRISTINE ANN TRESSLER
9 DEPOT LANE
MERTZTOWN  PA    19539

Petition Filed Date: 04/07/2017
341 Hearing Date: 06/13/2017
Confirmation Date: 01/25/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $491.00 | 6459186000 | 02/10/2020 | $491.00 | 6546413000 | 03/09/2020 | $491.00 | 6620210000 |
| 04/08/2020 | $491.00 | 6695950000 | 05/08/2020 | $491.00 | 6772678000 | 06/11/2020 | $491.00 | 6847158000 |
| 07/08/2020 | $491.00 | 6918003000 | 08/10/2020 | $491.00 | 6998958000 | 08/14/2020 | $119.00 | 7011704000 |
| 09/11/2020 | $610.00 | 7070058000 | 10/09/2020 | $610.00 | 7146039000 | 11/09/2020 | $610.00 | 7217813000 |
| 12/07/2020 | $610.00 | 7285297000 | 01/08/2021 | $610.00 | 7359472000 | 02/09/2021 | $610.00 | 7439355000 |
| 03/08/2021 | $610.00 | 7504403000 | 04/08/2021 | $610.00 | 7582379000 | 05/10/2021 | $610.00 | 7648600000 |
| 06/07/2021 | $610.00 | 7724589000 | | | | | | |

**Total Receipts for the Period: $10,147.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $23,690.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | CREDIT FIRST NA<br>»» 003 | Unsecured Creditors | $585.00 | $0.00 | $585.00 |
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $2,605.90 | $0.00 | $2,605.90 |
| 6 | PHFA-HEMAP<br>»» 006 | Mortgage Arrears | $1,810.72 | $0.00 | $1,810.72 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $5,621.27 | $0.00 | $5,621.27 |
| 1 | VISIONS FCU<br>»» 001 | Secured Creditors | $20,009.23 | $18,374.67 | $1,634.56 |
| 5 | STEPHEN J ROSS ROSS QUINN & PLOPPERT PC<br>»» 005 | Attorney Fees | $2,200.00 | $2,200.00 | $0.00 |

**Chapter 13 Case No. 17-12509-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $23,690.00 | Current Monthly Payment: | $610.00 |
| Paid to Claims: | $20,574.67 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,017.33 | Total Plan Base: | $29,790.00 |
| Funds on Hand: | $1,098.00 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.