United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-12509-pmm

Christine Ann Tressler                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                    User: admin                     Page 1 of 2
Date Rcvd: May 19, 2022                 Form ID: 138OBJ                  Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Ann Tressler, 9 Depot Lane, Mertztown, PA 19539-8837 |
| 13898490 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 13898491 | | Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 13898494 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 13898496 | | Convergent Health Systems, Inc., PO Box 6209, Dept. 0102, Champaign, IL 61826-6209 |
| 13898498 | | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 13898499 | | Health Network Laboratories, PO Box 8500, Lockbox 9581, Philadelphia, PA 19178-8500 |
| 13898500 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia, PA 19178-1733 |
| 13898502 | | Penn Credit, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 14019164 | + | Pennsylvania Housing Finance Agency, c/o Kevin G. McDonald, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13898503 | | Reading Health System, PO Box 70894, Philadelphia, PA 19176-5894 |
| 14008839 | + | Robert N. Polas, Jr., Esquire, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 19 2022 23:46:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2022 23:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13898492 | | Email/Text: compliancebankruptcy@bylcompanies.com | May 19 2022 23:46:00 | Byl Svc, 301 Lacey St, West Chester, PA 19382 |
| 13898493 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2022 23:58:05 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13898495 | + | Email/Text: dylan.succa@commercialacceptance.net | May 19 2022 23:46:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 13898497 | + | Email/Text: BKPT@cfna.com | May 19 2022 23:46:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 13946456 | | Email/Text: BKPT@cfna.com | May 19 2022 23:46:00 | Credit First NA, BK13 Recovery Srvcs, PO Box 818011, Cleveland, OH 44181-8011 |
| 13990897 | | Email/Text: blegal@phfa.org | May 19 2022 23:46:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, PO box 8029, Harrisburg, PA 17105-8029 |
| 13969703 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2022 23:57:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13902851 | + | Email/PDF: rmscedi@recoverycorp.com | May 19 2022 23:58:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13898501 | + | Email/Text: blegal@phfa.org | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 19, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

| | | | May 19 2022 23:46:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
|---|---|---|---|---|
| 13935095 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2022 23:46:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13898504 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2022 23:57:58 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 13898505 | | Email/Text: membersolutions@visionsfcu.org | May 19 2022 23:46:00 | Visions Federal Credit Union, 24 McKinley Ave, Endicott, NY 13760 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13983426 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Christine Ann Tressler CourtNotices@rqplaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Christine Ann Tressler
    Debtor(s)

Case No: 17−12509−pmm
Chapter: 13

---

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/19/22

39 − 38
Form 138OBJ